**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-20389-BLOOM**

YVETTE GOMEZ,

      Plaintiff,

v.

CITY OF DORAL, *et al.*,

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff Yvette Gomez's Notice of Defendant's Continued Non-Compliance with Settlement Agreement and Violation of this Court's Order and Renewed Motion for Sanctions ("Motion"), ECF No. [159]. The Motion was referred to Magistrate Judge Marty Elfenbein pursuant to 28 U.S.C. § 636 and Local Magistrate Judge Rule 1. ECF No. [161]. Judge Elfenbein issued a Report and Recommendation ("R&R") recommending that Plaintiff's Motion be denied because, since Plaintiff filed the Motion, Defendant has complied with all non-monetary terms of the settlement agreement, the settlement agreement does not contain any provisions for sanctions or attorney's fees, and Defendant did not act in bad faith. ECF No. [170] at 5-7.

The Report and Recommendation advised the parties they had "fourteen (14) days from the date of being served with a copy of th[e] Report and Recommendation within which to file written objections, if any, with [this Court]." *Id.* To date, the parties have not filed objections, nor have they sought additional time to file objections. Nonetheless, the Court has conducted a *de novo* review of Judge Elfenbein's Report and Recommendation, the record, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28

Case No. 20-cv-20389-BLOOM

U.S.C. § 636(b)(1)). Upon review, the Court finds Judge Elfenbein's Report and Recommendation to be well reasoned and correct. The Court therefore agrees with the analysis and concludes that Plaintiff's Motion is denied.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation, **ECF No. [170]**, is **ADOPTED**.

2. Plaintiff's Motion, **ECF No. [159]**, is **DENIED**.

3. Defendant's alternative request for an extension of time *nunc pro tunc* contained in the Response, **ECF No. [168]**, is **DENIED as moot.**

4. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers in Miami, Florida, on June 6, 2026.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of record

2